NOTE: This order is nonprecedential.

# United States Court of Appeals

# for the Federal Circuit

---

**SCHAEFFLER GROUP USA, INC.,**
*Plaintiff – Appellant,*

v.

**UNITED STATES, UNITED STATES CUSTOMS AND BORDER PROTECTION, INTERNATIONAL TRADE COMMISSION, THE TIMKEN COMPANY, MPB CORPORATION,**
*Defendants – Appellees.*

---

2012-1269

---

Appeal from the United States Court of International Trade in No. 06-CV-0432, 07-CV-0064, 07-CV-0477, 08-CV-0387, 10-CV-0048, Judge Gregory W. Carman.

---

ON MOTION

O R D E R

Upon consideration of the Appellees' unopposed motion to extend time to file their principal brief until November 03, 2014,

IT IS ORDERED THAT:

The motion is granted.

                              FOR THE COURT

September 24, 2014            /s/ Daniel E. O'Toole
                              Daniel E. O'Toole
                              Clerk of Court